# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.  3:25-CV-137-FDW-DCK

| | | |
|---|---|---|
| JAMES CHRISTOPHER BURGESS, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF DALLAS, NORTH | ) | |
| CAROLINA, and ROBERT WALLAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay Further Proceedings And Discovery" (Document No. 16) filed May 29, 2025.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and following consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Further Proceedings And Discovery" (Document No. 16) is **DENIED**.

**SO ORDERED**.

Signed: June 2, 2025

David C. Keesler
United States Magistrate Judge