# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CERTIFICATION OF ADR SESSION

**SERGEANT JAMES CHRISTOPHER BURGESS,**

  **PLAINTIFF,**

**v.**            **CASE NO: 3:25-CV-00137-FDW-DCK**

**TOWN OF DALLAS, NORTH CAROLINA, ROBERT WALLS, in his official capacity as Chief of Police of the Dallas Police Department and in his individual capacity,**

  **DEFENDANT.**

I hereby certify that the parties have held an Alternate Dispute Resolution session on February 12, 2026.

The ADR session was:

 __X__ Mediation Session
 _____ Early Neutral Evaluation Session
 _____ Settlement Offer
 _____ Other (Describe type of session.) _____

_____

_____ .

The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

 __X__ All individual parties and their counsel
 __X__ Designated corporate representatives
 __X__ Required claims professionals
 ____ Other:

14183172v1

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____

_____

_____

_____

The outcome of the ADR session was:

__X__ **The case has been completely settled.** Counsel will promptly file a stipulation of voluntary dismissal with prejudice upon all parties executing a final settlement and release agreement.

_____ **The case has been partially resolved.** Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

_____ **The parties have reached an impasse.**

I certify that the above is a true and accurate report of the result of the ADR process and that all parties of record have received a copy of this report.

_____Kenneth P. Carlson, Jr._____        ___2/18/26___
Mediator                                              Date

**s/Kenneth P. Carlson, Jr.**
Signature of Mediator

14183172v1